481 A.2d 1143

**Alonzo Boyd SYDNOR**

**v.**

**STATE of Maryland.**

**No. 127, Sept. Term, 1982.**

Court of Appeals of Maryland.

Oct. 3, 1984.

Michael R. Malloy, Asst. Public Defender, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on the brief), for appellant.

Philip M. Andrews, Asst. Atty. Gen., Baltimore (Stephen H. Sachs, Atty. Gen., Baltimore, on the brief), for appellee.

---

prosecutions. *Bloomer* similarly did not involve successive prosecutions of the same defendant.

Argued before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, DAVIDSON,* RODOWSKY and COUCH, JJ.

PER CURIAM.

## ORDER

The petition for writ of certiorari, in the above entitled case, having been granted and heard, it is this 3rd day of October, 1984.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.

---

* Davidson, J., participated in the hearing and in the conference of the case in regard to its decision, but because of illness did not take part in the adoption of this opinion.